UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | <u>IN PROCEEDINGS UNDER CHAPTER 7</u> |
| | ) | |
| DAVID KOGLEMAN | ) | |
| | ) | CASE NO. 13-10014 |
| | ) | |
| | ) | JUDGE: JESSICA PRICE SMITH |
| Debtor(s) | ) | |

<u>NOTICE OF INTENT TO SELL</u>
<u>PERSONAL PROPERTY AT PRIVATE SALE</u>

   Pursuant to 11 U.S.C. § 363(b) and in accordance with Rules 2002(a)(2) and 6004(a) of the Federal Rules of Bankruptcy Procedure, Alan J. Treinish, Chapter 7 Trustee (hereinafter "Treinish"), hereby gives notice of his intent to sell his interest in a 1975 Chevy Corvette Z67 in "as is" condition at private sale under such terms and conditions as are described hereinafter.

   1. The Debtor filed his case under Chapter 7 of the Bankruptcy Code on January 2, 2013.

   2. Treinish is the duly appointed, qualified and acting Trustee of the estate of the Debtor.

   3. At the time of the filing of the petition herein, the Debtor owned a 1975 Chevy Corvette Z67 with an amended scheduled value of $7,000.00. A valuation from Indiana Auto Auction gives a value of approximately $7,200.00. Comparables on Craigslist also indicate approximately the same value.

   4. Treinish has received an offer from Emilio Fabrizi Jr. to purchase the estate's interest in said vehicle in "as is" condition for a total purchase price of $7,200.00 which payment has already been tendered to the Trustee.

   5. Due to costs of sale, condition of vehicle, repairs necessary, etc., said offer is fair and reasonable and its acceptance is in the best interest of the estate.

 A hearing is scheduled for May 21, 2013 in Courtroom 2B H.M. Metzenbaum U.S. Courthouse, 201 Superior Ave., Cleveland, OH 44114. at 9:30am to consider this Notice. Any written Objection must be filed within seven (7) days preceding the date scheduled for hearing and served upon the Chapter 7 Trustee and all parties in interest. If no objection is filed and served within such time, the Trustee will proceed to conclude such private sale without hearing.

/s/ Alan J. Treinish
ALAN J. TREINISH, Chapter 7 Trustee
(Ohio Bar Registration No. 0003849)
1370 Ontario Street, Suite 700
Cleveland, OH 44113
(216) 566-7022

## SERVICE

I hereby certify that on 4/10/13 a true and authentic copy of the foregoing Notice was served via the court's Electronic Case Filing System on these entities and individuals who are listed on the court's Electronic Mail Notice List:

- Amy M Blythe    bankruptcy@carlisle-law.com, bankruptcy@carlisle-law.com
- Lee R Kravitz    leekravitz@sbcglobal.net , attorney for above debtor
- Alan J Treinish    atreinish@epitrustee.com, atreinish@ecf.epiqsystems.com
- United States Trustee    (Registered address)@usdoj.gov
- Derrick Rippy ust11    derrick.v.rippy@usdoj.gov

And by regular US mail to the following:

Emilio Fabrizi Jr.
14715 Regency Dr.
Strongsville, OH 44149

(see attached creditor matrix)

/s/ Alan J. Treinish
ALAN J. TREINISH
Chapter 7 Trustee

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0647-1<br>Case 13-10014-jps<br>Northern District of Ohio<br>Cleveland<br>Tue Apr  9 13:11:09 EDT 2013 | Howard M. Metzenbaum U.S. Courthouse<br>United States Bankruptcy Court<br>Howard M. Metzenbaum U.S. Courthouse<br>201 Superior Avenue<br>Cleveland, OH 44114-1235 | AAA Financial Services<br>P.O. Box 15956<br>Wilmington, DE 19850 |
| ARSI<br>555 St. Charles Drive, ste 110<br>Thousand Oaks, CA 91360-3983 | Advanta<br>P.O. Box 5657<br>Hicksville, NY 11802-5657 | Advanta Bank Corporation<br>Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 29603-0368 |
| Allied Interstate<br>P.O. Box 361477<br>Columbus, OH 43236-1477 | American Express<br>P.O. Box 360002<br>Ft. Lauderdale, FL 33336-0002 | American Express<br>Travel Related Services<br>P.O. Box 1270<br>Newark, NJ 07101-1270 |
| American InfoSource LP as agent for<br>Midland Funding LLC<br>PO Box 268941<br>Oklahoma City, OK  73126-8941 | American Recovery Systems<br>P.O Box 2549<br>Glenview, IL 60025-6549 | Anesthesia Services<br>c/o Richard J. Kaplow, Esq.<br>808 Rockefeller Bldg<br>614 Superior Avenue<br>Cleveland, OH 44113-1334 |
| Bank of America<br>P.O. Box 15019<br>Wilmington, DE 19885-0001 | (p)CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 | Cheek Law Offices, LLC<br>471 East Broad Street, 12 FL<br>Columbus, OH 43215-3806 |
| Cleveland Clinic<br>c/o Capio Partners<br>2222 Texoma Pkwy, ste 150<br>Sherman, TX 75090-2481 | Cleveland Clinic<br>c/o JP Recovery Services Inc.<br>P.O. Box 16749<br>Rocky River, OH 44116-0749 | EMH Regional Healthcare Sys.<br>630 E. River St.<br>Elyria, OH 44035-5902 |
| Elyria Anesthesia Services<br>860 E. Broad St. Ste. 1<br>Elyria, OH 44035-6542 | Elyria Anesthesia Services<br>860 East Broad Street, Suite 1<br>Elyria, OH 44035-6542 | Financial Recovery Services<br>P.O. Box 385908<br>Minneapolis, MN 55438-5908 |
| First Federal Credit Control<br>24700 Chagrin Blvd.<br>Cleveland, OH 44122-5662 | Firstsource<br>205 Bryant Woods South,<br>Amherst, NY 14228-3609 | Flagstar Bank<br>5151 Corporate Dr.<br>Troy, MI 48098-2639 |
| GC Services<br>Collection Agency Division<br>6330 Gulfton<br>Houston, TX 77081-1108 | GE Capital Retail Bk/HHGREGG<br>P.O. Box 960061<br>Orlando, FL 32896-0061 | GE Money Bank<br>c/o Midland Credit Managment<br>Dept. 12421<br>P.O. Box 603<br>Oaks, PA 19456-0603 |
| Gatestone<br>P.O. Box 101928<br>Dept. 4947A<br>Birmingham, AL 35210-6928 | Genpact Services LLC<br>P.O. Box 1969<br>Southgate, MI 48195-0969 | Home Depot CBSD<br>P.O. Box 6003<br>Hagerstown, MD 21747 |

| | | |
|---|---|---|
| (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Leading Edge Recovery Solutions<br>5440 N. Cumberland Ave ste 300<br>Chicago, IL 60656-1486 | Lowe's<br>P.O. Box 530914<br>Atlanta, GA 30353-0914 |
| MOONLIGHT INDUSTRIES CORP<br>PO BOX 154<br>HINCKLEY, OH 44233-0154 | McCarthy, Burgess & Wolff<br>26000 Cannon Rd.<br>Bedford, OH 44146-1807 | Moonlight Pools<br>1361 Center Road<br>Hinckley, OH 44233-9482 |
| NCB Management Serv.<br>P.O. Box 1099<br>Langhorne, PA 19047-6099 | NCO Financial Systems<br>P.O. Box 12100, Dept 64<br>Trenton, NJ 08650-2100 | National Enterprise System<br>29125 Solon Road<br>Solon, OH 44139-3442 |
| Nationwide Credit Inc.<br>2002 Summit Blvd, Suite 600<br>Atlanta, GA 30319-1559 | Nissan Motor Acceptance Cop.<br>P.O. Box 660360<br>Dallas, TX 75266-0360 | Phillips & Cohen Assoc.<br>1002 Justison Street<br>Wilmington, DE 19801-5148 |
| Quantum3 Group LLC as agent for<br>CF Medical LLC<br>PO Box 788<br>Kirkland, WA  98083-0788 | Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA  98083-0788 | Quantum3 Group LLC as agent for<br>Crown Asset Management LLC<br>PO Box 788<br>Kirkland, WA  98083-0788 |
| RITA<br>ATTN: LEGAL DEPT<br>PO BOX 470537<br>BROADVIEW HEIGHTS, OH 44147-0537 | (p)REGIONAL INCOME TAX AGENCY<br>PO BOX 470537<br>ATTENTION LEGAL DEPARTMENT<br>BROADVIEW HEIGHTS OH 44147-0537 | Sage Capital Recovery<br>1040 Kings Hwy N.<br>Cherry Hill, NJ 08034-1908 |
| Sunrise Credit Services<br>P.O. Box 9100<br>Farmingdale, NY 11735-9100 | U.S. Attorney<br>Carl B. Stokes Bldg.<br>801 W. Superior Ave. Ste. 400<br>Cleveland, OH 44113-1852 | U.S. Attorney General<br>10th & Constitution Aves.<br>Washington, DC 20220-0001 |
| (p)US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 | Value City Furniture<br>c/o Comenity/World Financial Net<br>P.O. Box 659704<br>San Antonio, TX 78265-9704 | Alan J Treinish<br>1370 Ontario St<br>Suite 700<br>Cleveland, OH 44113-1736 |
| David J. Koglman<br>13500 Pearl Road, Suite 139 #205<br>Strongsville, OH 44136-3428 | Lee R Kravitz<br>4508 State Rd<br>Cleveland, OH 44109-4716 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Capital One<br>Bankruptcy Dept.<br>P.O. Box 5155<br>Norcross, GA 30091 | Internal Revenue Service<br>Insolvency Group 3<br>1240 E. 9th St. Rm. 403<br>Cleveland, OH 44199 | Regional Income Tax Agency<br>10107 Brecksville Rd.<br>Brecksville, OH 44141 |
| U.S. Bank<br>Bankruptcy Dept.<br>205 W. 4th St.<br>CN-OH-X5F1<br>Cincinnati, OH 45202 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Flagstar Bank, FSB | (d)Bank of America<br>P.O. Box 15019<br>Wilmington, DE 19885-5019 | End of Label Matrix<br>Mailable recipients   55<br>Bypassed recipients    2<br>Total                 57 |